JOSEPH LINESS

*v.*

ANTHONY C. HESING.

EX TURPI CAUSA NON ORITUR ACTIO. Where a person sends money to another with the object of inducing the latter to use his influence to get the former nominated for an office, without reference to the fitness of the applicant for the position he seeks, or the public good, and the party receiving the money does not use his influence for such applicant, but against him, the transaction on the part of him who sends the money is of such improper character that the law will afford him no remedy to recover it back.

WRIT OF ERROR to the Circuit Court of Cook county; the Hon. E. S. WILLIAMS, Judge, presiding.

This was a suit commenced before a justice of the peace in Cook county, by Joseph Liness against Anthony C. Hesing. The cause was removed into the Circuit Court by appeal, where a trial resulted in a judgment in favor of Hesing. Liness thereupon sued out this writ of error.

Messrs. HAINES, STORY & KING, for the plaintiff in error.

Mr. JOHN LYLE KING, for the defendant in error.

Mr. JUSTICE LAWRENCE delivered the opinion of the Court:

Liness being desirous of procuring the office of clerk of the police court in the city of Chicago, sent to Hesing the following letter:

"A. C. HESING, Esq.,                    CHICAGO, April 7, 1865.
    "Present —                              (Private.)
    "DEAR SIR: Inclosed please find twenty dollars, for which please use your influence to get me nominated for police court clerk; if I get the nomination, call on me for twenty more.
                    "I am, sir, very truly yours,
                            "JOSEPH LINESS"

Hesing used his influence not for Liness but against him, whereupon the latter brings this action to recover the twenty dollars. The object of sending this money was to secure the nomination and election of the plaintiff to a public office of trust and responsibility without reference to his fitness for the position or the public good. It was an.attempt to influence, by monied considerations, the action of the defendant, in a matter where every person should be governed solely by a regard for the public welfare. The principle is well settled that courts will lend no sanction to transactions of this character, by recognizing them as the basis of legal obligations. *Ex turpi causa non oritur actio.* We must leave these parties as we find them.

*Judgment affirmed.*